Joseph GREEN, Receiver (in Common Pleas Court) of John P. O'Mara and Joseph A. O'Mara, Trading as O'Mara Brothers, Appellant, v. Jacob SMITH, Trustee in Bankruptcy of John P. O'Mara and Joseph A. O'Mara, Trading as O'Mara Brothers, Bankrupts, Appellees.

No. 5229.

Circuit Court of Appeals, Third Circuit.

April 24, 1934.

Joseph Sternberger and A. Jere Creskoff, both of Philadelphia, Pa. (Michael Edelman, of Philadelphia, Pa., of counsel), for appellant.

Charles H. Welles, Jr., and Welles, Mumford & Stark, all of Scranton, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

BUFFINGTON, Circuit Judge.

In this bankruptcy case in the Middle District of Pennsylvania, on petition of the trus-

tee, a rule was granted by the referee on Joseph Green to show cause why he should not pay to said trustee funds belonging to the bankrupts which at the date of the bankruptcy were in his hands as receiver in an equity proceeding in the court of common pleas No. 3 of Philadelphia. Green was not a resident of the Middle District, but in due course service of such rule was accepted by his attorney, who entered a general appearance for him. On hearing, the referee entered an order directing Green to pay such fund to the trustee. On petition for review, the order of the referee was affirmed by the court below, whereupon this appeal was taken. In view of our case, In re Crosby Stores, Inc., 61 F. (2d) 812, affirmed in Gross v. Irving Trust Co., Trustee, 289 U. S. 342, 53 S. Ct. 605, 77 L. Ed. 1243, and other cases to like effect, the order here complained of was warranted, and accordingly it is affirmed.